# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JONATHAN BELFORT,

                    Plaintiff,

  v.

BRIAN FARMER, et al.,

                Defendants.

3:26-cv-00002-MMD-CSD

**ORDER**

Re: ECF No. 22

Before the court is Plaintiff's Motion for Extension of Time to Serve Defendants. (ECF No. 22.)

Good cause appearing, Plaintiff's Motion for Extension of Time to Serve Defendants (ECF No. 22) is **<u>GRANTED</u>** to the extent that Plaintiff shall have to and including **Wednesday, June 3, 2026**, in which to serve the Defendants.

**IT IS SO ORDERED.**

DATED:  March 25, 2026.



Craig S. Denney
United States Magistrate Judge